1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LARA, | Case No. CV 10-09079 AHM (PJWx) |
| Plaintiff, | [Assigned to the Hon. A. Howard Matz] |
| v. | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |
| THE HOME DEPOT USA INC., a Delaware Corporation; and DOES 1 through 100, inclusive | Complaint Filed: September 8, 2010<br>Trial Date:      December 13, 2011 |
| Defendants. | |

        PURSUANT TO THE STIPULATION OF THE PARTIES, and for good

cause shown, this action is hereby dismissed with prejudice, with each party to bear

their own costs and attorneys' fees.  The Clerk shall close the file.

        IT IS SO ORDERED.


Dated: July 26, 2011


                                                   _____
                                                   The Honorable A. Howard Matz
                                                   United States District Judge

**JS-6**